UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO JOSE GADEA DUARTE, A-244-339-915,

Petitioner,

v.

WARDEN, et al.,

Respondents.

No. 2:26-cv-01100-DC-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 8)

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 11, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 11, 2026 (ECF No. 8), are ADOPTED;

2. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is DENIED as moot as to the request for an individualized bond hearing and otherwise denied; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 10, 2026**

Dena Coggins
United States District Judge